PER CURIAM.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(A), Ala. R.App. P.; Ex parte Montgomery County Dep’t of Human Res., 982 So.2d 545, 552 (Ala.Civ.App.2007); J.S.M. v. P.J., 902 So.2d 89, 96 (Ala.Civ.App.2004); J.M. v. D.V., 877 So.2d 623, 627-28 (Ala.Civ.App.2003); and Hannan v. Hannan, 676 So.2d 1340, 1342 (Ala.Civ.App.1996).
THOMPSON, P.J., and PITTMAN and THOMAS, JJ., concur.
BRYAN, J., dissents, with writing, which MOORE, J., joins.